PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised  
Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

       *v.*                            Docket # 8:14CR416

**Darrell Lee Sinkler**

On January 26, 2010, Darrell Lee Sinkler was sentenced to 46 months custody, to be followed by 4 years of supervised release. The period of supervised release commenced on October 18, 2012. Darrell Lee Sinkler has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Darrell Lee Sinkler be discharged from supervision.

Respectfully submitted,

*Amber M. Prusa*

Amber M. Prusa  
U.S. Probation Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   24th   day of   February  , 2015.

*Joseph F. Bataillon*

The Honorable Joseph F. Bataillon  
United States Senior District Judge